**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| REC MARINE LOGISTICS, LLC | CIVIL ACTION |
| VERSUS | NO. 19-262 |
| ANDRE DENOUX | SECTION: L (2) |

## J U D G M E N T

Considering the Court's Order & Reasons entered herein on March 26, 2019, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Andre Denoux, and against plaintiff, REC Marine Logistics, LLC, dismissing said plaintiff's complaint, without prejudice, and costs.

New Orleans, Louisiana, this   26th   day of March, 2019.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**